UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SOTO-TAPIA,<br><br>            Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden;<br>BUREAU OF PRISONS,<br><br>            Respondent. | No.  CV 10-3658-GAF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the Petition as moot.

DATED:  June 5, 2012

_____
GARY A. FEESS
United States District Judge