1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL SOTO-TAPIA,                        )          No. CV 10-3658-GAF (AGR)
                                          )
                    Petitioner,           )
                                          )          JUDGMENT
        v.                                )
                                          )
LINDA SANDERS, Warden;                    )
BUREAU OF PRISONS,                        )
                                          )
                    Respondent.           )
_____ )

        Pursuant to the Order Accepting Findings and Recommendation of United

States Magistrate Judge,

        IT IS ADJUDGED that the Petition in this matter is dismissed as moot.


DATED:  June 5, 2012          _____
                                            GARY A. FEESS
                                    United States District Judge